UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

In re: Melaine & Tim Lafferty
Debtor(s)

Case No. 99-31698

Chapter 7

FILED
2007 SEP 21  A 10: 34
CLERK OF COURT
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF LA.

PROCESSED
RETAIN PER ADMINISTRATIVE
PROCEDURES

## APPLICATION FOR UNCLAIMED FUNDS

I declare, under penalty of perjury, that the following statements and information are true and correct:

1. I, the creditor named below, am requesting funds in the amount of $ 606.95 which have been paid into the court by the trustee in this case for the following creditor:

   Name of creditor:     SMC c/o McRae's

   Current Address:      PO Box 19249, Sugarland TX 77496

   Old Address:          PO Box 67, Chanhassen MN 55317

2. I understand the information contained in this document is true and correct to the best of my ability.

Attached are documents proving our status as a creditor for the said debtor(s) and documents proving a deposit of unclaimed funds to the Clerk of Court belonging to said creditor.

_____
Signature of Applicant

Amy Shiek
Typed name of Applicant

President of SMC
Title

PO Box 19249, Sugar Land TX 77496
Address of Applicant

281.313.1923
Telephone Number of Applicant

AShiek@VativRecovery.com
Email Address of the Applicant

STATE OF Texas , COUNTY OF Ft. Bend

On 9/20/07 before me, personally appeared Amy Shiek
    Date

The applicant who signed above is personally known to me to be the person whose name is subscribed to the within instrument.

(SEAL)

AISHA A KHAN
My Commission Expires
July 7, 2009

_____
Notary Public

99-31698 - #72-1  File 09/24/07  Enter 09/24/07 14:11:39  CORRECT PDF Pg 1 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

LAFFERTY, TIM & MELAINE
Melanie Lafferty
CHAPTER 7

CASE NO. 99-31698

### TRANSMITTAL OF UNCLAIMED FUNDS

NOW INTO COURT comes **LUCY G. SIKES**, Chapter 7 Bankruptcy Trustee in the above captioned bankruptcy case, who reports the following:

1.

Ninety (90) days having passed since the final distribution under 11 USC 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of the persons to whom such un-negotiated distribution checks were issued, the amount of such checks, and their last known address are:

SMC C/O MCRAE'S
Amount: $606.95
P.O. BOX 67
CHANHASSEN, MN 55317

2.

Your Trustee's check for $606.95, payable to the Clerk of Court, is attached to this report and list.

3.

Nothing further remains to be done in this case.

Monroe, Louisiana, this 14th day of July, 2006.

LUCY G. SIKES
Chapter 7 Bankruptcy Trustee
3004 Jackson Street, Suite B
Alexandria, Louisiana 71301
Telephone: (318) 561-4005
Facsimile: (318) 561-4253

By:/s/Lucy G. Sikes
    Lucy G. Sikes



**SAKS**
INCORPORATED
P.O. Box 20080, Jackson, MS 39289-0080
(601) 968-4400

12/15/2005

Re: Bankruptcy Case Filings, Remittance Checks, and Correspondence

To Whom It May Concern,

This letter is to advise you that SMC (Specialized Management Consultants) is our authorized agent in handling our Bankruptcies. You will be receiving claims and inquiries regarding claims filed by SMC on our accounts. All claims filed by SMC should have all correspondence and remittance sent to:

Saks Incorporated
C/O SMC
P.O. Box 19249
Sugar Land TX 77496

This is your authority to recognize SMC as our authorized agent in these matters.

Thank you in advance for your cooperation.

Sincerely,

D. D. Middleton
Director of Collections

cc: Amy Shiek, President
Specialized Management Consultants

PROFFITT'S   McRAE'S   YOUNKERS   PARISIAN   HERBERGER'S   CARSON PIRIE SCOTT   SAKS FIFTH AVENUE